**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Garden City Boxing Club, Inc., | NO. C 06-05640 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Alba M. Castro, et al., | |
| Defendants. | |

A Case Management Conference was scheduled in this matter for December 18, 2006. On December 13, 2006, Plaintiff filed an Ex Parte Application for an Order Continuing Case Management Conference on the grounds that Plaintiff has not perfected service of process as to either of the Defendants in this case. Accordingly, the Court continues the Case Management Conference to **Monday, February 26, 2007 at 10 AM**. The parties shall submit a Joint Case Management Statement in accordance with the Local Rules by **February 16, 2007.**

Dated: December 13, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas P. Riley tprlaw@att.net

**Dated: December 13, 2006**                    **Richard W. Wieking, Clerk**

                                                      **By:   /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California